**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re:  SPRINGHILL PARTNERS | § | Case No. 13-07724 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 11 of the United States Bankruptcy Code was filed on 02/27/2013. The case was converted to one under Chapter 7 on 08/28/2013. The undersigned trustee was appointed on 08/28/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of $    8,484,060.11

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 6,273,840.52 |
| Administrative expenses | 1,373,529.71 |
| Bank service fees | 3,398.40 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 319,253.22 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $    514,038.26 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/16/2014 and the deadline for filing governmental claims was 01/16/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $37,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $37,750.00, for a total compensation of $37,750.00$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $66.04 for total expenses of $66.04$^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/04/2016          By: /s/ Richard M. Fogel
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

_____
$^2$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page:        3

Case No.:   13-07724

Case Name:   SPRINGHILL PARTNERS

For Period Ending:   03/04/2016

Trustee Name:   (330720) Richard M. Fogel

Date Filed (f) or Converted (c):   08/28/2013 (c)

§ 341(a) Meeting Date:   03/27/2013

Claims Bar Date:   01/16/2014

| 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| Ref. # | | | | | |
| 1* Shopping mall- Carpentersville, IL (See Footnote) | 8,230,000.00 | 0.00 | | 7,328,379.72 | FA |
| 2* Fifth Third Bank checking account (See Footnote) | 133,548.20 | 133,548.20 | | 240,000.00 | FA |
| 3 Misc office furniture and office supplies | 1,000.00 | 0.00 | | 0.00 | FA |
| 4* Tools and maintenance equipment (See Footnote) | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 Rights to refunds (u) (u) | 0.00 | Unknown | | 3,723.98 | FA |
| 6 Mortgage receivable- Dupree (u) (u) | 0.00 | 41,981.19 | | 16,410.00 | FA |
| 7* Heartland Bank account (u) (u) (See Footnote) | 0.00 | Unknown | | 1,419.96 | FA |
| 8* Loan receivable-Livaditis (u) (u) (See Footnote) | 0.00 | 888,936.44 | | 700,000.00 | FA |
| 9* Mortgage receivable- Duric (u) (u) (See Footnote) | 0.00 | 75,000.00 | | 25,000.00 | FA |
| 10* Loan receivable- Cotsirilos (u) (u) (See Footnote) | 0.00 | 5,500.00 | | 0.00 | FA |
| 11* Loan receivable- Just Hot Dogs (u) (u) (See Footnote) | 0.00 | 35,000.00 | | 0.00 | FA |
| 12 Chapter 11 cash collateral accounts (u) | Unknown | Unknown | | 169,126.45 | FA |

UST Form 101-7-TFR (5/1/2011)

Exhibit A

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Page:   4

Case No.:   13-07724

Case Name:   SPRINGHILL PARTNERS

For Period Ending:   03/04/2016

Trustee Name:   (330720) Richard M. Fogel

Date Filed (f) or Converted (c):   08/28/2013 (c)

§ 341(a) Meeting Date:   03/27/2013

Claims Bar Date:   01/16/2014

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | | | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|---|---|
| | Assets | Totals | (Excluding unknown values) | $8,365,548.20 | $1,179,965.83 | | $8,484,060.11 | $0.00 |

RE PROP# 1    Property sold at auction by Chapter 11 trustee per o/c 7-16-13.  Sale received amount includes rental income received during sale process.

RE PROP# 2    Administered by chapter 11 trustee

RE PROP# 4    Included with sale of real property by chapter 11 trustee

RE PROP# 7    Unscheduled bank account identified and recovered by chapter 11 trustee

RE PROP# 8    Adversary complaint settled for $700,000 per o/c 1-12-16

RE PROP# 9    State court lawsuit settled for $25,000 per o/c 4-28-15

RE PROP# 10    Inconsequential value- abandon at hearing on final report

RE PROP# 11    Borrower is insolvent

UST Form 101-7-TFR (5/1/2011)

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page:      5

**Case No.:**   13-07724                                    **Trustee Name:**      (330720) Richard M. Fogel
**Case Name:**   SPRINGHILL PARTNERS                        **Date Filed (f) or Converted (c):**   08/28/2013 (c)
                                                            **§ 341(a) Meeting Date:**   03/27/2013
**For Period Ending:**      03/04/2016                      **Claims Bar Date:**   01/16/2014

**Major Activities Affecting Case Closing:**

Trustee employed special counsel to pursue debtor's loan receivables and 723 claims against general partners.

After denial of motions to dismiss, abstain and stay proceedings filed by debtor and all partners, the Trustee is pursuing the loan receivable claim against managing general partners and section 723 claims against the debtor's general partners.  Trustee has filed motion to sell the Dupree receivable and motion to settle the Duric receivable.   Bankruptcy Court must also resolve debtor's objection to claim of secured lender.

**Initial Projected Date Of Final Report (TFR):**      12/31/2014          **Current Projected Date Of Final Report (TFR):**          06/30/2016

UST Form 101-7-TFR (5/1/2011)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page:        6

| | | |
|---|---|---|
| **Case No.:** | 13-07724 | |
| **Case Name:** | SPRINGHILL PARTNERS | |
| **Taxpayer ID #:** | **-***0550 | |
| **For Period Ending:** | 03/04/2016 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******8066 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/18/2013 | {2} | SPRINGHILL PARTNERS | Funds on deposit at Fifth Third Bank | 1129-000 | 240,000.00 | | 240,000.00 |
| 04/23/2013 | 101 | INTERNATIONAL SURETIES, LTD. | Surety bond premium #016052316 | 2300-000 | | 1,225.00 | 238,775.00 |
| 04/23/2013 | 102 | SOCIETY INSURANCE | Insurance premium-March- Policy #BOP547903 | 2420-750 | | 2,130.67 | 236,644.33 |
| 04/23/2013 | 103 | SOCIETY INSURANCE | Insurance premium-April- Policy #BOP547903 | 2420-750 | | 2,130.67 | 234,513.66 |
| 04/23/2013 | 104 | COM ED | Utility service ##8351078010, ******8014, ******5000 | 2420-000 | | 415.72 | 234,097.94 |
| 04/23/2013 | 105 | CHICAGO TITLE LAND TRUST COMPANY | Annual land trust fee | 2500-000 | | 530.00 | 233,567.94 |
| 04/26/2013 | {1} | SEWING CONCEPTS LTD | Rent: | 1122-000 | 600.00 | | 234,167.94 |
| 04/26/2013 | {1} | SEWING CONCEPTS LTD. | Rent: | 1122-000 | 600.00 | | 234,767.94 |
| 04/26/2013 | {1} | HANA MARTIAL ARTS | Rent: | 1122-000 | 1,323.15 | | 236,091.09 |
| 04/26/2013 | {1} | HAO JIA XIAN INC. dba CITY BUFFET | Rent: | 1122-000 | 6,194.03 | | 242,285.12 |

*{} Asset Reference(s)*    **UST Form 101-7-TFR (5/1/2011)**    *! - transaction has not been cleared*

Exhibit B

## Form 2

Page:    7

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-07724 | |
| **Case Name:** | SPRINGHILL PARTNERS | |
| **Taxpayer ID #:** | **-***0550 | |
| **For Period Ending:** | 03/04/2016 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******8066 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/26/2013 | {1} | FIFTH THIRD BANK | Rent: | 1122-000 | 12,107.69 | | 254,392.81 |
| 05/01/2013 | {1} | ACCENT BLIND CO. | Rent: | 1122-000 | 1,212.41 | | 255,605.22 |
| 05/01/2013 | {1} | JUST HOT DOGS, LLC | Rent: | 1122-000 | 1,500.00 | | 257,105.22 |
| 05/01/2013 | {1} | SALON ANOVIN INC. | Rent: | 1122-000 | 1,618.41 | | 258,723.63 |
| 05/01/2013 | {1} | NORTHWIND FLOORING COMPANY | Rent: | 1122-000 | 1,663.92 | | 260,387.55 |
| 05/01/2013 | {1} | BIG LOTS | CAM: | 1122-000 | 2,666.67 | | 263,054.22 |
| 05/01/2013 | {1} | SHERWIN-WILLIAMS CO. | Rent and CAM: | 1122-000 | 4,870.55 | | 267,924.77 |
| 05/01/2013 | {1} | AUTOZONE | Rent: | 1122-000 | 8,308.00 | | 276,232.77 |
| 05/01/2013 | {1} | BFS RETAIL & COMMERICAL OPERATIONS, LLC | Rent: | 1122-000 | 9,585.08 | | 285,817.85 |
| 05/03/2013 | 106 | PROFESSIONALS ASSOCIATED SURVEY, INC. | Electronic copies of ALTA and unit surveys- Order 11-84224 | 2500-000 | | 25.00 | 285,792.85 |
| 05/07/2013 | {1} | ARJAV & ANAY CORPORATION | Rent: | 1122-000 | 1,876.59 | | 287,669.44 |

*{} Asset Reference(s)*    **UST Form 101-7-TFR (5/1/2011)**    *! - transaction has not been cleared*

Exhibit B

# Form 2

Page:    8

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 13-07724 |
| **Case Name:** | SPRINGHILL PARTNERS |
| **Taxpayer ID #:** | **-***0550 |
| **For Period Ending:** | 03/04/2016 |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******8066 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/10/2013 | 107 | ESTATE OF SPRINGHILL PARTNERS | Transfer to fund property management operating account | 8500-002 | | 100,000.00 | 187,669.44 |
| 05/31/2013 | {1} | BFS RETAIL & COMMERCIAL OPERATIONS LLC | Rent: | 1122-000 | 9,585.08 | | 197,254.52 |
| 05/31/2013 | {1} | FIFTH THIRD BANK | Rent, CAM and taxes: | 1122-000 | 12,107.69 | | 209,362.21 |
| 06/04/2013 | 108 | ESTATE OF SPRINGHILL PARTNERS | Transfer rent payments to operating account | 8500-002 | | 21,692.77 | 187,669.44 |
| 06/12/2013 | 109 | JOHN LIVADITIS | Witness and mileage fee for Rule 2004 subpoena Stopped on 08/21/2013 | 2990-000 | | 54.43 | 187,615.01 |
| 06/28/2013 | {1} | FIFTH THIRD BANK | Rent, CAM and taxes: | 1122-000 | 12,107.69 | | 199,722.70 |
| 07/03/2013 | 110 | ESTATE OF SPRINGHILL PARTNERS | Transfer rent payment to operating account | 8500-002 | | 12,107.69 | 187,615.01 |
| 07/03/2013 | 111 | SOCIETY INSURANCE | Insurance premium- Acct. No. 949-075-872 | 2420-750 | | 2,499.82 | 185,115.19 |
| 07/18/2013 | {5} | COMED | Refund of security deposit- Acct. ******8014 | 1229-000 | 40.00 | | 185,155.19 |
| 07/30/2013 | {1} | CREA SPRINGHILL LLC | Gross proceeds of sale per o/c 7-16-13 | 1110-000 | 7,055,000.00 | | 7,240,155.19 |

*{} Asset Reference(s)*        **UST Form 101-7-TFR (5/1/2011)**        *! - transaction has not been cleared*

Exhibit B

# Form 2

Page:    9

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case No.: | 13-07724 | |
| Case Name: | SPRINGHILL PARTNERS | |
| Taxpayer ID #: | **-***0550 | |
| For Period Ending: | 03/04/2016 | |

| | | |
|---|---|---|
| Trustee Name: | Richard M. Fogel (330720) | |
| Bank Name: | Rabobank, N.A. | |
| Account #: | ******8066 Checking Account | |
| Blanket Bond (per case limit): | $5,000,000.00 | |
| Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/30/2013 | | CREA SPRINGHILL LLC | Reversal of disbursement | 2500-000 | | -4,075.91 | 7,244,231.10 |
| 07/30/2013 | | CREA SPRINGHILL | Proration for July rent | 2500-000 | | 4,075.91 | 7,240,155.19 |
| 07/30/2013 | | CREA SPRINGHILL | Credit for security deposits | 2500-000 | | 24,476.33 | 7,215,678.86 |
| 07/30/2013 | | CREA SPRINGHILL | Big Lots rent credit per o/c 6-25-13 | 2500-000 | | 13,333.33 | 7,202,345.53 |
| 07/30/2013 | | CREA SPRINGHILL | Credit for 2013 real estate taxes | 2820-000 | | 187,217.61 | 7,015,127.92 |
| 07/30/2013 | | KANE COUNTY COLLECTOR | 2012 real estate taxes | 4700-000 | | 328,717.74 | 6,686,410.18 |
| 07/30/2013 | | CHICAGO TITLE AND TRUST COMPANY | Seller's title charges and transfer fees | 2500-000 | | 17,493.75 | 6,668,916.43 |
| 07/30/2013 | | CHICAGO TITLE LAND TRUST | Land trustee fees for document preparation | 2500-000 | | 750.00 | 6,668,166.43 |
| 07/30/2013 | | BIG LOTS | Allowed construction claim per o/c 6-25-13 | 4120-000 | | 463,347.30 | 6,204,819.13 |
| 07/30/2013 | | VILLAGE OF CARPENTERSVILLE | Judgment lien | 4120-000 | | 618.82 | 6,204,200.31 |
| 07/30/2013 | | FORESITE REALTY PARTNERS | Broker's commission per o/c 7-16-13 | 3510-000 | | 176,375.00 | 6,027,825.31 |

{} Asset Reference(s)    **UST Form 101-7-TFR (5/1/2011)**    ! - transaction has not been cleared

Exhibit B

# Form 2

Page:     10

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-07724 | |
| **Case Name:** | SPRINGHILL PARTNERS | |
| **Taxpayer ID #:** | **-***0550 | |
| **For Period Ending:** | 03/04/2016 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******8066 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/30/2013 | | FORESITE REALTY PARTNERS | Broker's expense reimbursement per o/c 5-14-13 | 3520-000 | | 5,000.00 | 6,022,825.31 |
| 07/30/2013 | | NATIONAL REALTY | Broker's commission per o/c 7-16-13 | 3510-000 | | 352,750.00 | 5,670,075.31 |
| 07/30/2013 | | WELLS FARGO | Partial payment of secured claim per o/c 7-16-13 | 4110-000 | | 5,480,844.21 | 189,231.10 |
| 07/30/2013 | | CREA SPRINGHIILL LLC | Proration of July rent | 2500-000 | -4,075.91 | | 185,155.19 |
| 08/01/2013 | 112 | COM ED | Acct ##8351068014 (24.96) ******5000 (27.92) ******8010 (326.31) | 2420-000 | | 379.19 | 184,776.00 |
| 08/01/2013 | 113 | MAYLEEN MENDELSON | Transcript of Auction Sale 7/12/13- Invoice #10350 | 6102-000 | | 312.45 | 184,463.55 |
| 08/01/2013 | 114 | UNITED STATES TRUSTEE | UST quarterly fee, Q2 2013 | 2950-000 | | 650.00 | 183,813.55 |
| 08/06/2013 | {6} | VERNETTA COX-DUPREE | Installment payment | 1221-000 | 540.00 | | 184,353.55 |
| 08/13/2013 | {7} | HEARTLAND BANK | Balance on deposit in debtor's account | 1229-000 | 1,419.96 | | 185,773.51 |
| 08/21/2013 | 109 | JOHN LIVADITIS | Witness and mileage fee for Rule 2004 subpoena Stopped: check issued on 06/12/2013 | 2990-000 | | -54.43 | 185,827.94 |

*{} Asset Reference(s)*     **UST Form 101-7-TFR (5/1/2011)**     *! - transaction has not been cleared*

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page:      11

| | |
|---|---|
| **Case No.:** | 13-07724 |
| **Case Name:** | SPRINGHILL PARTNERS |
| **Taxpayer ID #:** | **-***0550 |
| **For Period Ending:** | 03/04/2016 |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******8066 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/23/2013 | 115 | COM ED | Acct ##8351068014 (24.96) ******5000 (28.14) ******8010 (322.08) | 2420-000 | | 375.18 | 185,452.76 |
| 09/04/2013 | 116 | ESTATE OF SPRINGHILL PARTNERS | Transfer funds to chapter 7 estate | 8500-002 | | 185,452.76 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 7,380,851.01 | 7,380,851.01 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | 7,380,851.01 | 7,380,851.01 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $7,380,851.01 | $7,380,851.01 | |

{} Asset Reference(s)      **UST Form 101-7-TFR (5/1/2011)**                                    ! - transaction has not been cleared

Exhibit B

# Form 2

Page:      12

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-07724 | |
| **Case Name:** | SPRINGHILL PARTNERS | |
| **Taxpayer ID #:** | **-***0550 | |
| **For Period Ending:** | 03/04/2016 | |

| | | |
|---|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) | |
| **Bank Name:** | Rabobank, N.A. | |
| **Account #:** | ******8067 Checking Account- Ch. 7 | |
| **Blanket Bond (per case limit):** | $5,000,000.00 | |
| **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/06/2013 | {5} | SOCIETY INSURANCE | Refund of unearned insurance premium | 1229-000 | 2,594.48 | | 2,594.48 |
| 09/06/2013 | {1} | ESTATE OF SPRINGHILL PARTNERS | Transfer of funds from Chapter 11 estate | 1110-002 | 185,452.76 | | 188,047.24 |
| 09/26/2013 | {12} | FORESITE REALTY PARTNERS LLC | Balance on deposit in operating account (less holdback for uncleared checks) | 1122-000 | 168,542.34 | | 356,589.58 |
| 09/30/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 268.29 | 356,321.29 |
| 10/02/2013 | 101 | RICHARD M. FOGEL | Partial payment of allowed Chapter 11 trustee compensation per o/c 10-1-13 | 6101-000 | | 177,250.00 | 179,071.29 |
| 10/02/2013 | 102 | RICHARD M. FOGEL | Payment of allowed Chapter 11 trustee expenses per o/c 10-1-13 | 6102-000 | | 65.00 | 179,006.29 |
| 10/02/2013 | 103 | SHAW FISHMAN GLANTZ & TOWBIN LLC | Payment of allowed Chapter 11 attorney for trustee fee per o/c 10-1-13 | 6110-000 | | 77,681.50 | 101,324.79 |
| 10/02/2013 | 104 | SHAW FISHMAN GLANTZ & TOWBIN LLC | Payment of allowed Chapter 11 expenses per o/c 10-1-13 | 6120-000 | | 4,368.66 | 96,956.13 |
| 10/03/2013 | {12} | FORESITE REALTY PARTNERS | Balance of funds in operating account | 1122-000 | 584.11 | | 97,540.24 |
| 10/10/2013 | 105 | UNITED STATES TREASURY | EIN 36-3770550 Form 4506 Request | 2200-000 | | 100.00 | 97,440.24 |

*{} Asset Reference(s)*      **UST Form 101-7-TFR (5/1/2011)**      *! - transaction has not been cleared*

Exhibit B

# Form 2

Page:    13

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 13-07724 |
| **Case Name:** | SPRINGHILL PARTNERS |
| **Taxpayer ID #:** | **-***0550 |
| **For Period Ending:** | 03/04/2016 |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******8067 Checking Account- Ch. 7 |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/31/2013 | {6} | VERNETTA COX-DUPREE | Installment payment | 1221-000 | 540.00 | | 97,980.24 |
| 10/31/2013 | {6} | JSL PROPERTIES | Two installment payments from Vernetta Dupree | 1221-000 | 1,080.00 | | 99,060.24 |
| 10/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 216.20 | 98,844.04 |
| 11/21/2013 | 106 | NISEN & ELLIOTT, LLC | Retainer for special counsel, per o/c 10-16-13 | 3210-600 | | 7,500.00 | 91,344.04 |
| 11/29/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 131.89 | 91,212.15 |
| 12/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 144.31 | 91,067.84 |
| 01/29/2014 | {5} | UNITED STATES TREASURY | Refund of photocopy request fee | 1229-000 | 100.00 | | 91,167.84 |
| 01/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 135.35 | 91,032.49 |
| 02/04/2014 | 107 | INTERNATIONAL SURETIES, LTD. | Surety bond premium #016026455 | 2300-000 | | 71.18 | 90,961.31 |
| 02/04/2014 | 108 | UNITED STATES TREASURY | EIN 36-3770550 Form 4506 Request | 2200-000 | | 100.00 | 90,861.31 |
| 02/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 122.07 | 90,739.24 |

*{ } Asset Reference(s)*    **UST Form 101-7-TFR (5/1/2011)**    *! - transaction has not been cleared*

Exhibit B

# Form 2

Page:    14

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-07724 | |
| **Case Name:** | SPRINGHILL PARTNERS | |
| **Taxpayer ID #:** | **-***0550 | |
| **For Period Ending:** | 03/04/2016 | |

| | | |
|---|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) | |
| **Bank Name:** | Rabobank, N.A. | |
| **Account #:** | ******8067 Checking Account- Ch. 7 | |
| **Blanket Bond (per case limit):** | $5,000,000.00 | |
| **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/25/2014 | {5} | COMED | Corrected final bill- refund of security deposit | 1229-000 | 989.50 | | 91,728.74 |
| 03/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 126.30 | 91,602.44 |
| 04/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 140.54 | 91,461.90 |
| 05/01/2014 | 109 | ILLINOIS DEPARTMENT OF REVENUE | IL-4506 REQUEST FOR COPIES OF TAX RETURNS- 36-3770550 | 2200-000 | | 15.00 | 91,446.90 |
| 05/22/2014 | 110 | RICHARD M. FOGEL | Partial payment of interim compensation per o/c 10-1-13 | 6101-000 | | 25,000.00 | 66,446.90 |
| 05/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 123.16 | 66,323.74 |
| 06/09/2014 | 111 | RICHARD M. FOGEL | Final payment of chapter 11 compensation per o/c 10-1-13 | 6101-000 | | 25,000.00 | 41,323.74 |
| 06/17/2014 | 112 | ILLINOIS DEPARTMENT OF REVENUE | 2013 IL-1065 for EIN 36-3770550 | 2820-000 | | 7,511.00 | 33,812.74 |
| 06/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.84 | 33,743.90 |
| 07/21/2014 | 113 | ILLINOIS DEPARTMENT OF REVENUE | EIN 36-3770550 LATE PAYMENT PENALTY | 2820-000 | | 777.65 | 32,966.25 |

*{} Asset Reference(s)*    **UST Form 101-7-TFR (5/1/2011)**    *! - transaction has not been cleared*

Exhibit B

# Form 2

Page:      15

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-07724 | |
| **Case Name:** | SPRINGHILL PARTNERS | |
| **Taxpayer ID #:** | **-***0550 | |
| **For Period Ending:** | 03/04/2016 | |

| | | |
|---|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) | |
| **Bank Name:** | Rabobank, N.A. | |
| **Account #:** | ******8067 Checking Account- Ch. 7 | |
| **Blanket Bond (per case limit):** | $5,000,000.00 | |
| **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.28 | 32,912.97 |
| 08/06/2014 | 114 | POPOWCER KATTEN, LTD. | Interim compensation per o/c 8-5-14 | 3410-000 | | 4,854.00 | 28,058.97 |
| 08/29/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.20 | 28,015.77 |
| 09/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.98 | 27,972.79 |
| 10/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.57 | 27,931.22 |
| 11/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.15 | 27,895.07 |
| 12/01/2014 | 115 | REAL ESTATE SETTLEMENTS & ESCROW, LLC | Title search for 533 Kenmore Drive, Petersburg, VA | 2990-000 | | 425.00 | 27,470.07 |
| 12/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.00 | 27,425.07 |
| 01/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.44 | 27,385.63 |
| 02/27/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.76 | 27,348.87 |
| 03/10/2015 | {6} | JM PARTNERS | Earnest money deposit for Dupree note and deed of trust | 1221-000 | 1,350.00 | | 28,698.87 |
| 03/31/2015 | 116 {6} | JM Partners LLC | Refund of earnest money deposit | 1221-000 | -1,350.00 | | 27,348.87 |

*{} Asset Reference(s)*      **UST Form 101-7-TFR (5/1/2011)**                                                                 *! - transaction has not been cleared*

Exhibit B

# Form 2

Page:      16

## Cash Receipts And Disbursements Record

| Case No.: | 13-07724 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | SPRINGHILL PARTNERS | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0550 | Account #: | ******8067 Checking Account- Ch. 7 |
| For Period Ending: | 03/04/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.25 | 27,305.62 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.72 | 27,265.90 |
| 05/01/2015 | {6} | OXFORD 1, LLC | Purchase of Dupree note and deed of trust, per o/c 4-14-15 | 1221-000 | 14,250.00 | | 41,515.90 |
| 05/11/2015 | {9} | JPMORGAN CHASE f/b/o NICHOLAS DURIC | Settlement proceeds, per o/c 4-28-15 | 1221-000 | 25,000.00 | | 66,515.90 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.56 | 66,439.34 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.93 | 66,337.41 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 98.59 | 66,238.82 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 92.09 | 66,146.73 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 101.49 | 66,045.24 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 94.99 | 65,950.25 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 91.69 | 65,858.56 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 104.20 | 65,754.36 |

*{} Asset Reference(s)*     **UST Form 101-7-TFR (5/1/2011)**     *! - transaction has not been cleared*

Exhibit B

# Form 2

Page:   17

## Cash Receipts And Disbursements Record

| Case No.: | 13-07724 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | SPRINGHILL PARTNERS | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0550 | Account #: | ******8067 Checking Account- Ch. 7 |
| For Period Ending: | 03/04/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 91.18 | 65,663.18 |
| 02/05/2016 | {8} | SHAW FISHMAN CLIENT TRUST ACCOUNT | Settlement of adversary complaint per o/c 1-12-16 | 1221-000 | 700,000.00 | | 765,663.18 |
| 02/08/2016 | 118 | Nisen & Elliott, LLC | Special counsel expenses, per o/c 1-12-16 | 3220-610 | | 5,966.34 | 759,696.84 |
| 02/09/2016 | 117 | Nisen & Elliott, LLC | Special counsel fees, per o/c 1-12-16 | 3210-600 | | 245,000.00 | 514,696.84 |
| 02/17/2016 | 119 | ADAMS-LEVINE | Bond Premium #10BSBGR6291 Voided on 02/17/2016 | 2300-000 | | 11.20 | 514,685.64 |
| 02/17/2016 | 119 | ADAMS-LEVINE | Bond Premium #10BSBGR6291 Voided: check issued on 02/17/2016 | 2300-000 | | -11.20 | 514,696.84 |
| 02/17/2016 | 120 | ARTHUR B. LEVINE COMPANY | Bond Premium #10BSBGR6291 | 2300-000 | | 11.20 | 514,685.64 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 647.38 | 514,038.26 |

{} Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page:     18

| | |
|---|---|
| **Case No.:** | 13-07724 |
| **Case Name:** | SPRINGHILL PARTNERS |
| **Taxpayer ID #:** | **-***0550 |
| **For Period Ending:** | 03/04/2016 |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******8067 Checking Account- Ch. 7 |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | 1,099,133.19 | 585,094.93 | $514,038.26 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 1,099,133.19 | 585,094.93 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $1,099,133.19 | $585,094.93 | |

Exhibit B

# Form 2

Page:   19

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 13-07724 | **Trustee Name:** | Richard M. Fogel (330720) |
| **Case Name:** | SPRINGHILL PARTNERS | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***0550 | **Account #:** | ******8067 Checking Account- Ch. 7 |
| **For Period Ending:** | 03/04/2016 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******8066 Checking Account | $7,380,851.01 | $7,380,851.01 | $0.00 |
| ******8067 Checking Account- Ch. 7 | $1,099,133.19 | $585,094.93 | $514,038.26 |
| | **$8,479,984.20** | **$7,965,945.94** | **$514,038.26** |

**UST Form 101-7-TFR (5/1/2011)**

## Exhibit C

## Exhibit C

**Case: 13-07724**                    **SPRINGHILL PARTNERS**

Claims Bar Date: 01/16/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | Berkadia Commercial Mortgage LLC c/o Ryan Lawlor/Bryan Cave LLP 161 North Clark Street,Suite 4300 Chicago, IL 60601-3315 <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 07/08/13 | | $6,507,297.41 $0.00 | $0.00 | $0.00 |
| | Amended by #1-1 | | | | | |
| 1-1 | U.S. Bank National Association, as Trustee, <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 07/08/13 | | $6,507,297.41 $5,480,844.21 | $5,480,844.21 | $0.00 |
| | Amends No. 1- Paid from proceeds of sale of shopping center | | | | | |
| FEE | Richard M. Fogel 321 N. Clark St. #800 Chicago, IL 60654 <2100-000 Trustee Compensation> , 200 | Administrative 02/22/16 | | $37,750.00 $37,750.00 | $0.00 | $37,750.00 |
| SCE | Nisen & Elliott, LLC Attn:  Daniel P. Dawson 200 W. Adams St., Suite 2500 Chicago, IL 60606 <3220-610 Special Counsel for Trustee Expenses> , 200 | Administrative 01/12/16 | | $5,966.34 $5,966.34 | $5,966.34 | $0.00 |
| | Per o/c 1-12-16 | | | | | |
| SCF | Nisen & Elliott, LLC, <3210-600 Special Counsel for Trustee Fees> , 200 | Administrative 01/12/16 | | $245,000.00 $245,000.00 | $245,000.00 | $0.00 |
| | Per o/c 1-12-16 | | | | | |
| TE | Richard M. Fogel 321 N. Clark St. #800 Chicago, IL 60654 <2200-000 Trustee Expenses> , 200 | Administrative 03/01/16 | | $66.04 $66.04 | $0.00 | $66.04 |
| | Popowcer Katten Ltd. 35 E. Wacker Drive Suite 1550 Chicago, IL 60601-2124 <3410-000 Accountant for Trustee Fees (Other Firm)> , 200 | Administrative 03/02/16 | | $3,046.50 $3,046.50 | $0.00 | $3,046.50 |

## Exhibit C

## Exhibit C

**Case: 13-07724**　　　　　　　**SPRINGHILL PARTNERS**

Claims Bar Date: 01/16/14

| Claim No. | Claimant Name/ \<Category\>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Shaw Fishman Glantz & Towbin LLC 321 N. Clark Street Suite 800 Chicago, IL 60654 \<3110-000 Attorney for Trustee Fees (Trustee Firm)\> , 200 | Administrative 03/02/16 | | $49,955.50 $47,857.22 | $0.00 | $47,857.22 |
| | Shaw Fishman Glantz & Towbin LLC 321 N. Clark Street Suite 800 Chicago, IL 60654 \<3120-000 Attorney for Trustee Expenses (Trustee Firm)\> , 200 | Administrative 03/02/16 | | $1,034.84 $1,034.84 | $0.00 | $1,034.84 |
| 3 | Office of the U.S. Trustee, \<2990-000 Other Chapter 7 Administrative Expenses\> , 200 | Administrative 07/23/14 | | $13,000.00 $13,000.00 | $0.00 | $13,000.00 |
| R | RICHARD M. FOGEL 321 N. CLARK STREET SUITE 800 CHICAGO, IL 60654 \<6101-000 Prior Chapter Trustee Compensation \> , 300 MEMO: Per o/c 10-1-13 | Administrative 02/27/13 | | $227,250.00 $227,250.00 | $227,250.00 | $0.00 |
| S | RICHARD M. FOGEL 321 N. CLARK STREET SUITE 800 CHICAGO, IL 60654 \<6102-000 Prior Chapter Trustee Expenses\> , 300 MEMO: Per o/c 10-1-13 | Administrative 02/27/13 | | $65.00 $65.00 | $65.00 | $0.00 |
| T | SHAW FISHMAN GLANTZ & TOWBIN LLC 321 N. CLARK STREET SUITE 800 CHICAGO, IL 60654 \<6110-000 Prior Chapter Attorney for Trustee Fees (Trustee Firm)\> , 300 MEMO: Per o/c 10-1-13 | Administrative 02/27/13 | | $77,681.50 $77,681.50 | $77,681.50 | $0.00 |

**Exhibit C**

**Exhibit C**

Case: 13-07724                                    **SPRINGHILL PARTNERS**

Claims Bar Date: 01/16/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| U | SHAW FISHMAN GLANTZ & TOWBIN LLC 321 N. CLARK STREET SUITE 800 CHICAGO, IL 60654 <6120-000 Prior Chapter Attorney for Trustee Expenses (Trustee Firm)> , 300 | Administrative 02/27/13 | | $4,368.66 $4,368.66 | $4,368.66 | $0.00 |
| | MEMO: Per o/c 10-1-13 | | | | | |
| 1-2 | U.S. Bank National Association, as Trustee c/o Keith Aurzada, Bryan Cave LLP 2200 Ross Avenue, Suite 3300 Dallas, TX 75201 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 02/09/15 | | $411,283.66 $411,283.66 | $0.00 | $411,283.66 |
| | Pursuant to settlement agreement approved per o/c 1-12-16 | | | | | |
| 2 | Bryant & Da Valle PC 399 N. Quentin Road, Suite 100 Palatine, IL 60067 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 01/10/14 | | $2,375.00 $0.00 | $0.00 | $0.00 |
| | Claim transferred to Oxford Lane Capital LLC on 7/16/15 | | | | | |
| 2-1 | Oxford Lane Capital LLC, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 01/10/14 | | $2,375.00 $0.00 | $0.00 | $0.00 |
| | Claim withdrawn 7/21/15 | | | | | |

Case Total: **$6,041,175.71**      **$514,038.26**

**UST Form 101-7-TFR (5/1/2011)**

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 13-07724
Case Name: SPRINGHILL PARTNERS
Trustee Name: Richard M. Fogel

**Balance on hand:**   $                    514,038.26

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Berkadia Commercial Mortgage LLC | 6,507,297.41 | 0.00 | 0.00 | 0.00 |
| 1-1 | U.S. Bank National Association, as Trustee | 6,507,297.41 | 5,480,844.21 | 5,480,844.21 | 0.00 |

Total to be paid to secured creditors:   $            0.00
Remaining balance:   $        514,038.26

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 37,750.00 | 0.00 | 37,750.00 |
| Trustee, Expenses - Richard M. Fogel | 66.04 | 0.00 | 66.04 |
| Attorney for Trustee Fees - Shaw Fishman Glantz & Towbin LLC | 49,955.50 | 0.00 | 47,857.22 |
| Other Chapter 7 Administrative Expenses - Office of the U.S. Trustee | 13,000.00 | 0.00 | 13,000.00 |
| Attorney for Trustee, Expenses - Shaw Fishman Glantz & Towbin LLC | 1,034.84 | 0.00 | 1,034.84 |
| Special Counsel for Trustee Fees - Nisen & Elliott, LLC | 245,000.00 | 245,000.00 | 0.00 |
| Special Counsel for Trustee Expenses - Nisen & Elliott, LLC | 5,966.34 | 5,966.34 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - Popowcer Katten Ltd. | 3,046.50 | 0.00 | 3,046.50 |

Total to be paid for chapter 7 administrative expenses:   $        102,754.60
Remaining balance:   $        411,283.66

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Prior Chapter Trustee Compensation  - RICHARD M. FOGEL | 227,250.00 | 227,250.00 | 0.00 |
| Prior Chapter Trustee Expenses - RICHARD M. FOGEL | 65.00 | 65.00 | 0.00 |
| Prior Chapter Attorney for Trustee Fees (Trustee Firm) - SHAW FISHMAN GLANTZ & TOWBIN LLC | 77,681.50 | 77,681.50 | 0.00 |
| Prior Chapter Attorney for Trustee Expenses (Trustee Firm) - SHAW FISHMAN GLANTZ & TOWBIN LLC | 4,368.66 | 4,368.66 | 0.00 |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 411,283.66

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 411,283.66

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).
Timely claims of general (unsecured) creditors totaling $411,283.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).
Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1-2 | U.S. Bank National Association, as Trustee | 411,283.66 | 0.00 | 411,283.66 |
| 2 | Bryant & Da Valle PC | 0.00 | 0.00 | 0.00 |
| 2-1 | Oxford Lane Capital LLC | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 411,283.66
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |