UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 13-07724 |
| | ) | Chapter 7 |
| SPRINGHILL PARTNERS, | ) | Judge Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor. | ) | |

COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
(Appendix to Rule 607)

Name of Applicant:    Popowcer Katten, Ltd.

Authorized to Provide
Professional Services to:    Richard M. Fogel, Trustee

Date of Order Authorizing Employment: April 30, 2013, effective April 11, 2013.

Period for Which
Compensation is Sought: March 14, 2015 – February 26, 2016

Amount of Fees Sought: $    3,046.50

Amount of Expense
Reimbursement Sought: $    0.00

This is an: Interim Application __ Final Application XX

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Amount Disallowed |
|---|---|---|---|---|
| 7/2/14 | 4/12/13 – 6/16/14 | $4,854.00 | $4,854.00 | $0.00 |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $4,854.00

Dated: March 2, 2016                                   POPOWCER KATTEN, LTD.

                                                       By: /s/ Richard M. Fogel

(Local Bankruptcy Rules as adopted 24 June 1994: Page 106)

{10527-001 CVR A0432140.DOC}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | Chapter 7 |
|---|---|
| Springhill Partners, | Case No. 13-07724 |
| Debtor(s) | Hon. Donald R. Cassling |

## FINAL APPLICATION OF POPOWCER KATTEN, LTD. FOR ALLOWANCE AND PAYMENT OF PROFESSIONAL COMPENSATION

Popowcer Katten, Ltd. ("PK"), the accountants for Richard M. Fogel, the Chapter 7 trustee (the "Trustee") for the estate of Springhill Partners (the "Debtor"), submits this Interim Application (the "Application") seeking allowance and payment of compensation and reimbursement expenses in the amount of $3,046.50 for the period of March 15, 2015 through February 26, 2016 (the "Application Period") pursuant to 11 U.S.C. §§ 330, 331 and 503(b). In support of this Application, PK states as follows:

### BACKGROUND

1. On February 27, 2013 (the "Petition Date"), the Debtor filed a voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code in this court. On August 29, 2013 (the "Conversion Date"), the Debtor's case was converted to a case under Chapter 7 of the Bankruptcy Code and the Trustee, who had previously served as the Chapter 11 trustee, was subsequently reappointed as the Chapter 7 trustee for the Debtor's estate (the "Estate").

2. On the Petition Date, the Debtor owned a shopping center (the "Real Estate") and certain mortgage and loan receivables (the "Claims"). Prior to the Conversion Date, the Trustee sold the Real Estate at a public auction. Prior to and after the Conversion Date, the Trustee collected some of the Claims. The Trustee determined that he would need the advice and

assistance of an experienced tax accountant in order to determine the tax consequences of the sale and the collections and to file federal and state income tax returns for the Estate for the 2013 tax year and all subsequent years that the Estate is open.

3. On April 30, 2013, the Trustee was authorized to retain PK to perform accounting services for the benefit of the Estate, effective as of April 11, 2013.

4. On August 5, 2014, this Court entered an order authorizing the Trustee to pay PK the sum of $4,854.00 on an interim basis (the "Interim Award") for services rendered preparing the 2013 estate income tax returns.

5. This court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## REQUESTED FEES

6. During the Application Period, PK prepared informational returns and income tax returns for the period ending December 31, 2014 and 2015 and final returns for the period ending February 29, 2016. PK consulted with counsel for the Debtor's general partners when the returns were prepared.

7. PK has provided valuable accounting services to the Trustee and the Estate during the Application Period. Pursuant to sections 330 and 331 of the Bankruptcy Code, PK requests the allowance and payment of fees in the amount of $3,046.50 for these services, no amount of which has been previously paid.

8. The following professional(s) rendered services during the Application Period at usual and customary rates for matters of this nature:

| Professional | Hours Charged | Hourly Rate | Total Amount |
|---|---|---|---|
| Lois West | 9.30 | $255 | $2,371.50 |
| Lois West | 2.70 | 250 | 675.00 |
| **TOTALS** | **12.0** | | **$3,046.50** |

Attached to this Application as <u>Exhibit A</u> is a detailed statement of the services rendered by PK on behalf the Trustee during the Application Period. The statement contains a description of the particular services rendered and the amounts of time spent thereon at the current billing rates of PK's professional(s) set forth above.

9. Given the criteria set forth in 11 U.S.C. § 330, namely (i) the nature, extent and value of the services, (ii) the time spent, (iii) the rates charged for such services, (iv) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and the nature of the problem, issue or task addressed, and (v) the reasonableness of the services based on the compensation charged by comparably skilled professionals inside and outside of the bankruptcy context, PK respectfully submits that its fees represent a fair and reasonable amount for the allowance of final compensation in this case.

## NO CONFLICTS OR SHARING AGREEMENT

10. No agreement or understanding between PK and any third party exists for the purpose of sharing the compensation received for services rendered to the Trustee in connection with the Case.

11. PK has not represented or held an interest adverse to the Trustee and is a "disinterested person" as defined in section 101(4) of the Bankruptcy Code.

## NOTICE

12. A copy of this Application has been served on the Office of the United States Trustee, the Debtor, all counsel of record and all parties that filed proofs of claim against the Estate.

WHEREFORE, PK requests the entry of an order that:

(a) allows and grants the Trustee authority to pay PK $3,046.50 as final compensation for services rendered during the Application Period;

(b) deems the Interim Award to be a final award;

(c) waives other and further notice of this hearing with respect to this Application; and

(d) grants PK such additional relief as may be appropriate under the circumstances.

Respectfully submitted,

POPOWCER KATTEN, LTD.

Dated: March 2, 2016

By: /s/ Richard M. Fogel
    Richard M. Fogel, Trustee

Richard M. Fogel (#3127114)
Shaw Fishman Glantz & Towbin LLC
321 N. Clark St., Suite 800
Chicago, IL 60654
Phone: (312) 541-0151