UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 13-07724 |
| ) | |
| Springhill Partners, ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| Debtor(s) ) | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:00 a.m. on April 26, 2016 in Courtroom 619**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: March 30, 2016　　　　　　　　　By: /s/ Richard M. Fogel
　　　　　　　　　　　　　　　　　　　　　　　　Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawfishman.com

**UST Form 101-7-NFR (10/1/2010)**

{4273 NTC A0236578.DOC 4}

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: SPRINGHILL PARTNERS § Case No. 13-07724
§
§
§
Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of: | $ 8,484,060.11 |
| and approved disbursements of: | $ 7,970,021.85 |
| leaving a balance on hand of[1]: | $ 514,038.26 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Berkadia Commercial Mortgage LLC | 6,507,297.41 | 0.00 | 0.00 | 0.00 |
| 1-1 | U.S. Bank National Association, as Trustee | 6,507,297.41 | 5,480,844.21 | 5,480,844.21 | 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 514,038.26 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 37,750.00 | 0.00 | 37,750.00 |
| Trustee, Expenses - Richard M. Fogel | 66.04 | 0.00 | 66.04 |
| Attorney for Trustee Fees - Shaw Fishman Glantz & Towbin LLC | 49,955.50 | 0.00 | 47,857.22 |
| Attorney for Trustee, Expenses - Shaw Fishman Glantz & Towbin LLC | 1,034.84 | 0.00 | 1,034.84 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Special Counsel for Trustee Expenses - Nisen & Elliott, LLC | 5,966.34 | 5,966.34 | 0.00 |
| Special Counsel for Trustee Fees - Nisen & Elliott, LLC | 245,000.00 | 245,000.00 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - Popowcer Katten Ltd. | 3,046.50 | 0.00 | 3,046.50 |
| Other Chapter 7 Administrative Expenses - Office of the U.S. Trustee | 13,000.00 | 0.00 | 13,000.00 |

Total to be paid for chapter 7 administrative expenses:   $   102,754.60
Remaining balance:   $   411,283.66

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Prior Chapter Trustee Compensation - RICHARD M. FOGEL | 227,250.00 | 227,250.00 | 0.00 |
| Prior Chapter Trustee Expenses - RICHARD M. FOGEL | 65.00 | 65.00 | 0.00 |
| Prior Chapter Attorney for Trustee Fees (Trustee Firm) - SHAW FISHMAN GLANTZ & TOWBIN LLC | 77,681.50 | 77,681.50 | 0.00 |
| Prior Chapter Attorney for Trustee Expenses (Trustee Firm) - SHAW FISHMAN GLANTZ & TOWBIN LLC | 4,368.66 | 4,368.66 | 0.00 |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   411,283.66

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None ||||| 

Total to be paid for priority claims:   $   0.00
Remaining balance:   $   411,283.66

**UST Form 101-7-NFR (10/1/2010)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $411,283.66 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1-2 | U.S. Bank National Association, as Trustee | 411,283.66 | 0.00 | 411,283.66 |
| 2 | Bryant & Da Valle PC | 0.00 | 0.00 | 0.00 |
| 2-1 | Oxford Lane Capital LLC | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 411,283.66
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Prepared By: /s/ Richard M. Fogel
                        Trustee

Richard M. Fogel
321 N. Clark St. #800
Chicago, IL 60654

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                                    United States Bankruptcy Court
                                    Northern District of Illinois
In re:                                                                  Case No. 13-07724-DRC
SpringHill Partners                                                     Chapter 7
         Debtor
                                        CERTIFICATE OF NOTICE
District/off: 0752-1          User: rgreen                 Page 1 of 2                  Date Rcvd: Mar 31, 2016
                              Form ID: pdf006              Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 02, 2016.
db            #+SpringHill Partners,    16 E. Old Willow Road,    Prospect Heights, IL 60070-1900
aty            +Linda Spak,    2241 W. Howard St,    Chicago, IL 60645-1908
20118880       +Accent Blinds,    200 S. Western,    Carpentersville, IL 60110-1738
20118888       +Auto Zone,    200 S. Western,    Carpentersville, IL 60110-1738
20118889       +Bank of America,    c/o Berkadia Servicing,    700 Pearl St.,    Suite 2200,
                 Dallas, TX 75201-4102
20275618       +Berkadia Commercial Mortgage LLC,    John C Leininger,    JP Morgan Chase Tower,
                 2200 Ross Avenue,    Dallas, TX 75201-2708
20118881       +Big Lots,    200 S. Western,    Carpentersville, IL 60110-1738
20118896       +Bridgestone Firestone,    200 S. Western Ave.,    Carpentersville, IL 60110-1738
20118895       +Bryan Cave,    161 N. Clark St.,    Suite 4300,    Chicago, IL 60601-3430
20971155       +Bryant & Da Valle PC,    399 N. Quentin Road, Suite 100,    Palatine, IL 60067-0924
20118882        CBRE,    P.O. Box 15531,    Code 2307,    Chicago, IL    60690
20118890       +City Buffett,    200 S. Western,    Carpentersville, IL 60110-1738
20118879        Creditor Matrix  Springhill Partners,    13-07724
20118897       +Dollar General,    200 S. Western,    Carpentersville, IL 60110-1738
20118883       +Fast Signs,    200 S. Western,    Carpentersville, IL 60110-1738
20118891       +Fifth Third Bank,    200 S. Werstern Ave.,    Carpentersville, IL 60110-1738
20118898       +Hana Martial Arts,    200 S. Western Ave.,    Carpentersville, IL 60110-1738
20118884       +Headliners,    200 S. Western,    Carpentersville, IL 60110-1738
20118892       +Johns Taylor Shop,    200 S. Western Ave.,    Carpentersville, IL 60110-1738
20118899       +Just Hot Dogs,    200 S. Western Ave.,    Carpentersville, IL 60110-1738
20971154       +Linda Spak,    2241 W. Howard,    Chicago, IL 60645-1908
20118885       +Marigold Spa,    200 S. Western,    Carpentersville, IL 60110-1738
20118893       +Northwind Flooring,    200 S. Western Ave.,    Carpentersville, IL 60110-1738
22167718       +Oxford Lane Capital LLC,    817 Elm Street, Suite 206,    Winnetka, IL 60093-2253
20118900       +Plantation House,    200 S. Western Ave.,    Carpentersville, IL 60110-1738
20971152       +Richard M. Fogel,    321 N. Clark Street, Suite 800,    Chicago, IL 60654-4766
20118886       +Salon Anovin,    200 S. Western,    Carpenstersville, IL 60110-1738
20118894       +Sewing Concepts,    200 S. Western Ave.,    Carpentersville, IL 60110-1738
20971153       +Shaw Fishman Glantz & Towbin LLC,    321 N. Clark Street, Suite 800,    Chicago, IL 60654-4766
20144177       +Sherwin Willimas,    200 S Western Ave,    Carpentersville, IL 60110-1738
20118887       +The UPS Store,    200 S. Western,    Carpentersville, IL 60110-1738
20699534       +US Bank National Association as Trustee,    c/o Keith Aurzada, Bryan Cave LLP,
                 2200 Ross Avenue, Suite 3300,    Dallas, Texas 75201-7965

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22190344       +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Apr 01 2016 01:41:18      Office of the U.S. Trustee,
                 219 S Dearborn St Room 873,    Chicago, IL 60604-2027
20971156       +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Apr 01 2016 01:41:18      Office of the U.S. Trustee,
                 219 S. Dearborn Street, Suite 873,    Chicago, IL 60604-2027
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Daniel P Dawson,   Nisen & Elliott LLC
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1              User: rgreen               Page 2 of 2                  Date Rcvd: Mar 31, 2016
                                  Form ID: pdf006            Total Noticed: 34


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2016 at the address(es) listed below:
              Abraham  Brustein, ESQ    on behalf of Defendant    Oxford1, LLC 2060 Claridge Series
               abrustein@dimonteandlizak.com,    jjarke@dimontelaw.com
              Abraham  Brustein, ESQ    on behalf of Defendant    Oxford1, LLC abrustein@dimonteandlizak.com,
               jjarke@dimontelaw.com
              Abraham  Brustein, ESQ    on behalf of Debtor 1    SpringHill Partners
               abrustein@dimonteandlizak.com,    jjarke@dimontelaw.com
              Anthony G. Barone    on behalf of Partner Peter  Cotsirilos abarone@baronejenkins.com
              Anthony G. Barone    on behalf of Defendant Peter  Cotsirilos abarone@baronejenkins.com
              Daniel P. Dawson    on behalf of Trustee Richard M. Fogel ddawson@nisen.com,  adrag@nisen.com
              Daniel P. Dawson    on behalf of Plaintiff Richard M. Fogel, not individually but as Chapter 7
                Trustee of the Bankruptcy Estate of Springhill Partners ddawson@nisen.com,  adrag@nisen.com
              David S. Makarski    on behalf of Partner    The Angelo Sellis Revocable Trust
               david.makarski@sfnr.com,    efiling@sfnr.com,George.Sang@sfnr.com
              David S. Makarski    on behalf of Defendant The Angelo  Sellis Revocable Trust dated 10/20/1988
               david.makarski@sfnr.com,    efiling@sfnr.com,George.Sang@sfnr.com
              David S. Makarski    on behalf of Defendant The John  Sellis Revocable Trust dated 3/6/1987
               david.makarski@sfnr.com,    efiling@sfnr.com,George.Sang@sfnr.com
              David S. Makarski    on behalf of Partner    The John Sellis Revocable Trust
               david.makarski@sfnr.com,    efiling@sfnr.com,George.Sang@sfnr.com
              Denise A Delaurent    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
                Denise.DeLaurent@usdoj.gov;maria.r.kaplan@usdoj.gov
              George N. Vurdelja    on behalf of Defendant Sarkis  Tashjian gvurdelja@harrisonheld.com,
               lbelmonte@harrisonheld.com
              George P Apostolides     on behalf of Defendant    Oxford1, LLC 2060 Claridge Series
               gpapostolides@arnstein.com,    lcsolomon@arnstein.com
              Jeffrey  Strange    on behalf of Debtor 1    SpringHill Partners jstrangelaw@aol.com,
               bowl1901@aol.com
              Jeffrey  Strange    on behalf of Plaintiff    SpringHill Partners jstrangelaw@aol.com,
               bowl1901@aol.com
              John W Guzzardo    on behalf of Trustee Richard M. Fogel jguzzardo@shawfishman.com,
               orafalovsky@shawfishman.com
              John W Guzzardo    on behalf of Attorney    Shaw Fishman Glantz & Towbin LLC
               jguzzardo@shawfishman.com,    orafalovsky@shawfishman.com
              Julia Jensen Smolka    on behalf of Debtor 1    SpringHill Partners jjensen@dimonteandlizak.com
              Linda  Spak    on behalf of Debtor 1    SpringHill Partners attorneyspak@yahoo.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter J Roberts    on behalf of Trustee Richard M. Fogel proberts@shawfishman.com
              Richard M. Fogel    rfogel@shawfishman.com,    il72@ecfcbis.com
              Richard M. Fogel    on behalf of Attorney    Shaw Fishman Glantz & Towbin LLC
               rfogel@shawfishman.com,    il72@ecfcbis.com
              Richard M. Fogel    on behalf of Accountant    Popowcer Katten  Ltd. rfogel@shawfishman.com,
               il72@ecfcbis.com
              Richard M. Fogel    on behalf of Trustee Richard M. Fogel rfogel@shawfishman.com,  il72@ecfcbis.com
              Rodney  Perry    on behalf of Creditor    US Bank National Association As Successor Truste for The
                Registered Holders Of Morgan Stanley Capital I Inc Commerical Mortage Pass-Through Certificates,
                Series 1999-WFI acting by and rrperry@bryancave.com,
               dhefta@bryancave.com;CHDocketing@bryancave.com
              Ryan O. Lawlor    on behalf of Defendant    Berkadia Commercial Mortgage LLC
               Ryan.Lawlor@bryancave.com
              Ryan O. Lawlor    on behalf of Creditor    US Bank National Association As Successor Truste for The
                Registered Holders Of Morgan Stanley Capital I Inc Commerical Mortage Pass-Through Certificates,
                Series 1999-WFI acting by and Ryan.Lawlor@bryancave.com
              Ryan O. Lawlor    on behalf of Creditor    Berkadia Commercial Mortgage LLC
               Ryan.Lawlor@bryancave.com
              Seth D Matus    on behalf of Defendant The John  Sellis Revocable Trust dated 3/6/1987
               seth.matus@sfnr.com,    efiling@sfnr.com;adam.glazer@sfnr.com
              Seth D Matus    on behalf of Defendant The Angelo  Sellis Revocable Trust dated 10/20/1988
               seth.matus@sfnr.com,    efiling@sfnr.com;adam.glazer@sfnr.com
              Seth D Matus    on behalf of Debtor 1    SpringHill Partners seth.matus@sfnr.com,
               efiling@sfnr.com;adam.glazer@sfnr.com
              Seth D Matus    on behalf of Partner    The Angelo Sellis Revocable Trust seth.matus@sfnr.com,
               efiling@sfnr.com;adam.glazer@sfnr.com
              Seth D Matus    on behalf of Partner    The John Sellis Revocable Trust seth.matus@sfnr.com,
               efiling@sfnr.com;adam.glazer@sfnr.com
              Steven B Chaiken    on behalf of Defendant John  Livaditis schaiken@ag-ltd.com,  lhope@ag-ltd.com
              Steven B Chaiken    on behalf of Partner John  Livaditis schaiken@ag-ltd.com,  lhope@ag-ltd.com
              Thomas M Lombardo    on behalf of Partner John  Livaditis tlombardo@dimontelaw.com,
               jjarke@dimontelaw.com
              Thomas M Lombardo    on behalf of Creditor    Oxford Lane Capital LLC tlombardo@dimontelaw.com,
               jjarke@dimontelaw.com
              Thomas M Lombardo    on behalf of Defendant    Oxford1, LLC tlombardo@dimontelaw.com,
               jjarke@dimontelaw.com
                                                                                             TOTAL: 40
```