**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  SPRINGHILL PARTNERS

§ Case No. 13-07724-DRC
§
§
§

Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Richard M. Fogel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $2,000.00 | Assets Exempt:  $0.00 |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants:  $6,684,811.73 | Claims Discharged Without Payment:  $591,660.00 |
| Total Expenses of Administration:  $1,479,995.16 | |

3) Total gross receipts of $8,484,060.11 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $319,253.22 (see **Exhibit 2**), yielded net receipts of $8,164,806.89 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $4,825,862.61 | $13,807,278.68 | $6,273,528.07 | $6,273,528.07 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,172,415.83 | $1,170,317.55 | $1,170,317.55 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $309,677.61 | $309,677.61 | $309,677.61 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $591,660.00 | $416,033.66 | $411,283.66 | $411,283.66 |
| **TOTAL DISBURSEMENTS** | $5,417,522.61 | $15,705,405.78 | $8,164,806.89 | $8,164,806.89 |

4) This case was originally filed under chapter 7 on 02/27/2013, and it was converted to chapter 7 on 08/28/2013.  The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:     06/14/2016                              By: /s/ Richard M. Fogel

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

# EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Mortgage receivable- Duric (u) | 1221-000 | $25,000.00 |
| Mortgage receivable- Dupree (u) | 1221-000 | $16,410.00 |
| Shopping mall- Carpentersville, IL | 1110-000 | $7,328,379.72 |
| Loan receivable-Livaditis (u) | 1221-000 | $700,000.00 |
| Chapter 11 cash collateral accounts (u) | 1122-000 | $169,126.45 |
| Heartland Bank account (u) | 1229-000 | $1,419.96 |
| Fifth Third Bank checking account | 1129-000 | $240,000.00 |
| Rights to refunds (u) | 1229-000 | $3,723.98 |
| **TOTAL GROSS RECEIPTS** | | **$8,484,060.11** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ESTATE OF SPRINGHILL PARTNERS | Transfer to fund property management operating account; $100,000.00 | 8500-002 | $319,253.22 |
| | Transfer rent payments to operating account; $21,692.77 | | |
| | Transfer rent payment to operating account; $12,107.69 | | |
| | Transfer funds to chapter 7 estate; $185,452.76 | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$319,253.22** |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-1 | U.S. Bank National Association, as Trustee | 4110-000 | NA | $6,507,297.41 | $5,480,844.21 | $5,480,844.21 |
| 1 | Berkadia Commercial Mortgage LLC | 4110-000 | $4,825,862.61 | $6,507,297.41 | $0.00 | $0.00 |
| | BIG LOTS | 4120-000 | NA | $463,347.30 | $463,347.30 | $463,347.30 |
| | KANE COUNTY COLLECTOR | 4700-000 | NA | $328,717.74 | $328,717.74 | $328,717.74 |
| | VILLAGE OF CARPENTERSVILLE | 4120-000 | NA | $618.82 | $618.82 | $618.82 |
| | **TOTAL SECURED** | | **$4,825,862.61** | **$13,807,278.68** | **$6,273,528.07** | **$6,273,528.07** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 2100-000 | NA | $37,750.00 | $37,750.00 | $37,750.00 |
| Trustee, Expenses - ILLINOIS DEPARTMENT OF REVENUE | 2200-000 | NA | $15.00 | $15.00 | $15.00 |
| Trustee, Expenses - UNITED STATES TREASURY | 2200-000 | NA | $200.00 | $200.00 | $200.00 |
| Trustee, Expenses - Richard M. Fogel | 2200-000 | NA | $66.04 | $66.04 | $66.04 |
| Attorney for Trustee Fees - Shaw Fishman Glantz & Towbin LLC | 3110-000 | NA | $49,955.50 | $47,857.22 | $47,857.22 |
| Attorney for Trustee, Expenses - Shaw Fishman Glantz & Towbin LLC | 3120-000 | NA | $1,034.84 | $1,034.84 | $1,034.84 |
| Fees, United States Trustee | 2950-000 | NA | $650.00 | $650.00 | $650.00 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | $11.20 | $11.20 | $11.20 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $1,296.18 | $1,296.18 | $1,296.18 |
| COM ED | 2420-000 | NA | $1,170.09 | $1,170.09 | $1,170.09 |
| SOCIETY INSURANCE | 2420-750 | NA | $6,761.16 | $6,761.16 | $6,761.16 |
| CHICAGO TITLE AND TRUST COMPANY | 2500-000 | NA | $17,493.75 | $17,493.75 | $17,493.75 |
| CHICAGO TITLE LAND TRUST | 2500-000 | NA | $750.00 | $750.00 | $750.00 |
| CHICAGO TITLE LAND TRUST COMPANY | 2500-000 | NA | $530.00 | $530.00 | $530.00 |
| CREA SPRINGHILL | 2500-000 | NA | $41,885.57 | $41,885.57 | $41,885.57 |
| CREA SPRINGHILL LLC | 2500-000 | NA | -$4,075.91 | -$4,075.91 | -$4,075.91 |
| PROFESSIONALS ASSOCIATED SURVEY, INC. | 2500-000 | NA | $25.00 | $25.00 | $25.00 |
| Proration of July rent | 2500-000 | NA | $4,075.91 | $4,075.91 | $4,075.91 |
| Rabobank, N.A. | 2600-000 | NA | $3,398.40 | $3,398.40 | $3,398.40 |
| CREA SPRINGHILL | 2820-000 | NA | $187,217.61 | $187,217.61 | $187,217.61 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | $8,288.65 | $8,288.65 | $8,288.65 |
| Office of the U.S. Trustee | 2990-000 | NA | $13,000.00 | $13,000.00 | $13,000.00 |
| REAL ESTATE SETTLEMENTS & ESCROW, LLC | 2990-000 | NA | $425.00 | $425.00 | $425.00 |
| NISEN & ELLIOTT, LLC | 3210-600 | NA | $7,500.00 | $7,500.00 | $7,500.00 |
| Nisen & Elliott, LLC | 3210-600 | NA | $245,000.00 | $245,000.00 | $245,000.00 |
| Nisen & Elliott, LLC | 3220-610 | NA | $5,966.34 | $5,966.34 | $5,966.34 |
| POPOWCER KATTEN, LTD. | 3410-000 | NA | $4,854.00 | $4,854.00 | $4,854.00 |
| Popowcer Katten Ltd. | 3410-000 | NA | $3,046.50 | $3,046.50 | $3,046.50 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FORESITE REALTY PARTNERS | 3510-000 | NA | $176,375.00 | $176,375.00 | $176,375.00 |
| NATIONAL REALTY | 3510-000 | NA | $352,750.00 | $352,750.00 | $352,750.00 |
| FORESITE REALTY PARTNERS | 3520-000 | NA | $5,000.00 | $5,000.00 | $5,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$1,172,415.83** | **$1,170,317.55** | **$1,170,317.55** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MAYLEEN MENDELSON | 6102-000 | NA | $312.45 | $312.45 | $312.45 |
| RICHARD M. FOGEL | 6101-000 | NA | $227,250.00 | $227,250.00 | $227,250.00 |
| RICHARD M. FOGEL | 6102-000 | NA | $65.00 | $65.00 | $65.00 |
| SHAW FISHMAN GLANTZ & TOWBIN LLC | 6110-000 | NA | $77,681.50 | $77,681.50 | $77,681.50 |
| SHAW FISHMAN GLANTZ & TOWBIN LLC | 6120-000 | NA | $4,368.66 | $4,368.66 | $4,368.66 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$309,677.61** | **$309,677.61** | **$309,677.61** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-2 | U.S. Bank National Association, as Trustee | 7100-000 | NA | $411,283.66 | $411,283.66 | $411,283.66 |
| 2-1 | Oxford Lane Capital LLC | 7100-000 | NA | $2,375.00 | $0.00 | $0.00 |
| 2 | Bryant & Da Valle PC | 7100-000 | $0.00 | $2,375.00 | $0.00 | $0.00 |
| N/F | Big Lots | 7100-000 | $591,660.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$591,660.00** | **$416,033.66** | **$411,283.66** | **$411,283.66** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page:     1

**Case No.:**   13-07724

**Case Name:**   SPRINGHILL PARTNERS

**For Period Ending:**   06/14/2016

**Trustee Name:**   (330720) Richard M. Fogel

**Date Filed (f) or Converted (c):**   08/28/2013 (c)

**§ 341(a) Meeting Date:**   03/27/2013

**Claims Bar Date:**   01/16/2014

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | Shopping mall- Carpentersville, IL (See Footnote) | 8,230,000.00 | 0.00 | | 7,328,379.72 | FA |
| 2* | Fifth Third Bank checking account (See Footnote) | 133,548.20 | 133,548.20 | | 240,000.00 | FA |
| 3 | Misc office furniture and office supplies | 1,000.00 | 0.00 | | 0.00 | FA |
| 4* | Tools and maintenance equipment (See Footnote) | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Rights to refunds (u) (u) | 0.00 | Unknown | | 3,723.98 | FA |
| 6 | Mortgage receivable- Dupree (u) (u) | 0.00 | 41,981.19 | | 16,410.00 | FA |
| 7* | Heartland Bank account (u) (u) (See Footnote) | 0.00 | Unknown | | 1,419.96 | FA |
| 8* | Loan receivable-Livaditis (u) (u) (See Footnote) | 0.00 | 888,936.44 | | 700,000.00 | FA |
| 9* | Mortgage receivable- Duric (u) (u) (See Footnote) | 0.00 | 75,000.00 | | 25,000.00 | FA |
| 10* | Loan receivable- Cotsirilos (u) (u) (See Footnote) | 0.00 | 5,500.00 | | 0.00 | FA |
| 11* | Loan receivable- Just Hot Dogs (u) (u) (See Footnote) | 0.00 | 35,000.00 | | 0.00 | FA |
| 12 | Chapter 11 cash collateral accounts (u) | Unknown | Unknown | | 169,126.45 | FA |
| **12** | **Assets       Totals**    (Excluding unknown values) | **$8,365,548.20** | **$1,179,965.83** | | **$8,484,060.11** | **$0.00** |

RE PROP# 1      Property sold at auction by Chapter 11 trustee per o/c 7-16-13.  Sale received amount includes rental income received during sale process.

RE PROP# 2      Administered by chapter 11 trustee

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page:   2

**Case No.:**   13-07724

**Case Name:**   SPRINGHILL PARTNERS

**Trustee Name:**   (330720) Richard M. Fogel

**Date Filed (f) or Converted (c):**   08/28/2013 (c)

**§ 341(a) Meeting Date:**   03/27/2013

**Claims Bar Date:**   01/16/2014

**For Period Ending:**   06/14/2016

| | |
|---|---|
| RE PROP# 4 | Included with sale of real property by chapter 11 trustee |
| RE PROP# 7 | Unscheduled bank account identified and recovered by chapter 11 trustee |
| RE PROP# 8 | Adversary complaint settled for $700,000 per o/c 1-12-16 |
| RE PROP# 9 | State court lawsuit settled for $25,000 per o/c 4-28-15 |
| RE PROP# 10 | Inconsequential value- abandon at hearing on final report |
| RE PROP# 11 | Borrower is insolvent |

**Major Activities Affecting Case Closing:**

Final Report filed on March 29, 2016

**Initial Projected Date Of Final Report (TFR):**   12/31/2014

**Current Projected Date Of Final Report (TFR):**   03/29/2016 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9
Page:        3

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-07724 | |
| **Case Name:** | SPRINGHILL PARTNERS | |
| **Taxpayer ID #:** | **-***0550 | |
| **For Period Ending:** | 06/14/2016 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******8066 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/18/2013 | {2} | SPRINGHILL PARTNERS | Funds on deposit at Fifth Third Bank | 1129-000 | 240,000.00 | | 240,000.00 |
| 04/23/2013 | 101 | INTERNATIONAL SURETIES, LTD. | Surety bond premium #016052316 | 2300-000 | | 1,225.00 | 238,775.00 |
| 04/23/2013 | 102 | SOCIETY INSURANCE | Insurance premium-March- Policy #BOP547903 | 2420-750 | | 2,130.67 | 236,644.33 |
| 04/23/2013 | 103 | SOCIETY INSURANCE | Insurance premium-April- Policy #BOP547903 | 2420-750 | | 2,130.67 | 234,513.66 |
| 04/23/2013 | 104 | COM ED | Utility service ##8351078010, ******8014, ******5000 | 2420-000 | | 415.72 | 234,097.94 |
| 04/23/2013 | 105 | CHICAGO TITLE LAND TRUST COMPANY | Annual land trust fee | 2500-000 | | 530.00 | 233,567.94 |
| 04/26/2013 | {1} | SEWING CONCEPTS LTD | Rent: | 1122-000 | 600.00 | | 234,167.94 |
| 04/26/2013 | {1} | SEWING CONCEPTS LTD. | Rent: | 1122-000 | 600.00 | | 234,767.94 |
| 04/26/2013 | {1} | HANA MARTIAL ARTS | Rent: | 1122-000 | 1,323.15 | | 236,091.09 |
| 04/26/2013 | {1} | HAO JIA XIAN INC. dba CITY BUFFET | Rent: | 1122-000 | 6,194.03 | | 242,285.12 |

*{} Asset Reference(s)*      **UST Form 101-7-TDR ( 10 /1/2010)**                                                    *! - transaction has not been cleared*

Exhibit 9

Page:      4

## Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 13-07724 |
| **Case Name:** | SPRINGHILL PARTNERS |
| **Taxpayer ID #:** | **-***0550 |
| **For Period Ending:** | 06/14/2016 |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******8066 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/26/2013 | {1} | FIFTH THIRD BANK | Rent: | 1122-000 | 12,107.69 | | 254,392.81 |
| 05/01/2013 | {1} | ACCENT BLIND CO. | Rent: | 1122-000 | 1,212.41 | | 255,605.22 |
| 05/01/2013 | {1} | JUST HOT DOGS, LLC | Rent: | 1122-000 | 1,500.00 | | 257,105.22 |
| 05/01/2013 | {1} | SALON ANOVIN INC. | Rent: | 1122-000 | 1,618.41 | | 258,723.63 |
| 05/01/2013 | {1} | NORTHWIND FLOORING COMPANY | Rent: | 1122-000 | 1,663.92 | | 260,387.55 |
| 05/01/2013 | {1} | BIG LOTS | CAM: | 1122-000 | 2,666.67 | | 263,054.22 |
| 05/01/2013 | {1} | SHERWIN-WILLIAMS CO. | Rent and CAM: | 1122-000 | 4,870.55 | | 267,924.77 |
| 05/01/2013 | {1} | AUTOZONE | Rent: | 1122-000 | 8,308.00 | | 276,232.77 |
| 05/01/2013 | {1} | BFS RETAIL & COMMERICAL OPERATIONS, LLC | Rent: | 1122-000 | 9,585.08 | | 285,817.85 |
| 05/03/2013 | 106 | PROFESSIONALS ASSOCIATED SURVEY, INC. | Electronic copies of ALTA and unit surveys- Order 11-84224 | 2500-000 | | 25.00 | 285,792.85 |
| 05/07/2013 | {1} | ARJAV & ANAY CORPORATION | Rent: | 1122-000 | 1,876.59 | | 287,669.44 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

Exhibit 9

Page:      5

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-07724 | |
| **Case Name:** | SPRINGHILL PARTNERS | |
| **Taxpayer ID #:** | **-***0550 | |
| **For Period Ending:** | 06/14/2016 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******8066 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/10/2013 | 107 | ESTATE OF SPRINGHILL PARTNERS | Transfer to fund property management operating account | 8500-002 | | 100,000.00 | 187,669.44 |
| 05/31/2013 | {1} | BFS RETAIL & COMMERCIAL OPERATIONS LLC | Rent: | 1122-000 | 9,585.08 | | 197,254.52 |
| 05/31/2013 | {1} | FIFTH THIRD BANK | Rent, CAM and taxes: | 1122-000 | 12,107.69 | | 209,362.21 |
| 06/04/2013 | 108 | ESTATE OF SPRINGHILL PARTNERS | Transfer rent payments to operating account | 8500-002 | | 21,692.77 | 187,669.44 |
| 06/12/2013 | 109 | JOHN LIVADITIS | Witness and mileage fee for Rule 2004 subpoena Stopped on 08/21/2013 | 2990-000 | | 54.43 | 187,615.01 |
| 06/28/2013 | {1} | FIFTH THIRD BANK | Rent, CAM and taxes: | 1122-000 | 12,107.69 | | 199,722.70 |
| 07/03/2013 | 110 | ESTATE OF SPRINGHILL PARTNERS | Transfer rent payment to operating account | 8500-002 | | 12,107.69 | 187,615.01 |
| 07/03/2013 | 111 | SOCIETY INSURANCE | Insurance premium- Acct. No. 949-075-872 | 2420-750 | | 2,499.82 | 185,115.19 |
| 07/18/2013 | {5} | COMED | Refund of security deposit- Acct. ******8014 | 1229-000 | 40.00 | | 185,155.19 |
| 07/30/2013 | {1} | CREA SPRINGHILL LLC | Gross proceeds of sale per o/c 7-16-13 | 1110-000 | 7,055,000.00 | | 7,240,155.19 |

*{} Asset Reference(s)*      **UST Form 101-7-TDR ( 10 /1/2010)**                                              *! - transaction has not been cleared*

Exhibit 9
Page:    6

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-07724 | |
| **Case Name:** | SPRINGHILL PARTNERS | |
| **Taxpayer ID #:** | **-***0550 | |
| **For Period Ending:** | 06/14/2016 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******8066 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/30/2013 | | CREA SPRINGHILL LLC | Reversal of disbursement | 2500-000 | | -4,075.91 | 7,244,231.10 |
| 07/30/2013 | | CREA SPRINGHILL | Proration for July rent | 2500-000 | | 4,075.91 | 7,240,155.19 |
| 07/30/2013 | | CREA SPRINGHILL | Credit for security deposits | 2500-000 | | 24,476.33 | 7,215,678.86 |
| 07/30/2013 | | CREA SPRINGHILL | Big Lots rent credit per o/c 6-25-13 | 2500-000 | | 13,333.33 | 7,202,345.53 |
| 07/30/2013 | | CREA SPRINGHILL | Credit for 2013 real estate taxes | 2820-000 | | 187,217.61 | 7,015,127.92 |
| 07/30/2013 | | KANE COUNTY COLLECTOR | 2012 real estate taxes | 4700-000 | | 328,717.74 | 6,686,410.18 |
| 07/30/2013 | | CHICAGO TITLE AND TRUST COMPANY | Seller's title charges and transfer fees | 2500-000 | | 17,493.75 | 6,668,916.43 |
| 07/30/2013 | | CHICAGO TITLE LAND TRUST | Land trustee fees for document preparation | 2500-000 | | 750.00 | 6,668,166.43 |
| 07/30/2013 | | BIG LOTS | Allowed construction claim per o/c 6-25-13 | 4120-000 | | 463,347.30 | 6,204,819.13 |
| 07/30/2013 | | VILLAGE OF CARPENTERSVILLE | Judgment lien | 4120-000 | | 618.82 | 6,204,200.31 |
| 07/30/2013 | | FORESITE REALTY PARTNERS | Broker's commission per o/c 7-16-13 | 3510-000 | | 176,375.00 | 6,027,825.31 |

{} Asset Reference(s)    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

Exhibit 9

Page:        7

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-07724 | |
| **Case Name:** | SPRINGHILL PARTNERS | |
| **Taxpayer ID #:** | **-***0550 | |
| **For Period Ending:** | 06/14/2016 | |

| | | |
|---|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) | |
| **Bank Name:** | Rabobank, N.A. | |
| **Account #:** | ******8066 Checking Account | |
| **Blanket Bond (per case limit):** | $5,000,000.00 | |
| **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/30/2013 | | FORESITE REALTY PARTNERS | Broker's expense reimbursement per o/c 5-14-13 | 3520-000 | | 5,000.00 | 6,022,825.31 |
| 07/30/2013 | | NATIONAL REALTY | Broker's commission per o/c 7-16-13 | 3510-000 | | 352,750.00 | 5,670,075.31 |
| 07/30/2013 | | WELLS FARGO | Partial payment of secured claim per o/c 7-16-13 | 4110-000 | | 5,480,844.21 | 189,231.10 |
| 07/30/2013 | | CREA SPRINGHIILL LLC | Proration of July rent | 2500-000 | -4,075.91 | | 185,155.19 |
| 08/01/2013 | 112 | COM ED | Acct ##8351068014 (24.96) ******5000 (27.92) ******8010 (326.31) | 2420-000 | | 379.19 | 184,776.00 |
| 08/01/2013 | 113 | MAYLEEN MENDELSON | Transcript of Auction Sale 7/12/13- Invoice #10350 | 6102-000 | | 312.45 | 184,463.55 |
| 08/01/2013 | 114 | UNITED STATES TRUSTEE | UST quarterly fee, Q2 2013 | 2950-000 | | 650.00 | 183,813.55 |
| 08/06/2013 | {6} | VERNETTA COX-DUPREE | Installment payment | 1221-000 | 540.00 | | 184,353.55 |
| 08/13/2013 | {7} | HEARTLAND BANK | Balance on deposit in debtor's account | 1229-000 | 1,419.96 | | 185,773.51 |
| 08/21/2013 | 109 | JOHN LIVADITIS | Witness and mileage fee for Rule 2004 subpoena Stopped: check issued on 06/12/2013 | 2990-000 | | -54.43 | 185,827.94 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**                              *! - transaction has not been cleared*

Exhibit 9

## Form 2

## Cash Receipts And Disbursements Record

Page:        8

| | |
|---|---|
| **Case No.:** | 13-07724 |
| **Case Name:** | SPRINGHILL PARTNERS |
| **Taxpayer ID #:** | **-***0550 |
| **For Period Ending:** | 06/14/2016 |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******8066 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/23/2013 | 115 | COM ED | Acct ##8351068014 (24.96) ******5000 (28.14) ******8010 (322.08) | 2420-000 | | 375.18 | 185,452.76 |
| 09/04/2013 | 116 | ESTATE OF SPRINGHILL PARTNERS | Transfer funds to chapter 7 estate | 8500-002 | | 185,452.76 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 7,380,851.01 | 7,380,851.01 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | 7,380,851.01 | 7,380,851.01 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $7,380,851.01 | $7,380,851.01 | |

Exhibit 9

Page:          9

# Form 2

## Cash Receipts And Disbursements Record

| | | | | | |
|---|---|---|---|---|---|
| **Case No.:** | 13-07724 | | **Trustee Name:** | Richard M. Fogel (330720) | |
| **Case Name:** | SPRINGHILL PARTNERS | | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***0550 | | **Account #:** | ******8067 Checking Account- Ch. 7 | |
| **For Period Ending:** | 06/14/2016 | | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/06/2013 | {5} | SOCIETY INSURANCE | Refund of unearned insurance premium | 1229-000 | 2,594.48 | | 2,594.48 |
| 09/06/2013 | {1} | ESTATE OF SPRINGHILL PARTNERS | Transfer of funds from Chapter 11 estate | 1110-002 | 185,452.76 | | 188,047.24 |
| 09/26/2013 | {12} | FORESITE REALTY PARTNERS LLC | Balance on deposit in operating account (less holdback for uncleared checks) | 1122-000 | 168,542.34 | | 356,589.58 |
| 09/30/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 268.29 | 356,321.29 |
| 10/02/2013 | 101 | RICHARD M. FOGEL | Partial payment of allowed Chapter 11 trustee compensation per o/c 10-1-13 | 6101-000 | | 177,250.00 | 179,071.29 |
| 10/02/2013 | 102 | RICHARD M. FOGEL | Payment of allowed Chapter 11 trustee expenses per o/c 10-1-13 | 6102-000 | | 65.00 | 179,006.29 |
| 10/02/2013 | 103 | SHAW FISHMAN GLANTZ & TOWBIN LLC | Payment of allowed Chapter 11 attorney for trustee fee per o/c 10-1-13 | 6110-000 | | 77,681.50 | 101,324.79 |
| 10/02/2013 | 104 | SHAW FISHMAN GLANTZ & TOWBIN LLC | Payment of allowed Chapter 11 expenses per o/c 10-1-13 | 6120-000 | | 4,368.66 | 96,956.13 |
| 10/03/2013 | {12} | FORESITE REALTY PARTNERS | Balance of funds in operating account | 1122-000 | 584.11 | | 97,540.24 |
| 10/10/2013 | 105 | UNITED STATES TREASURY | EIN 36-3770550 Form 4506 Request | 2200-000 | | 100.00 | 97,440.24 |

*{} Asset Reference(s)*      **UST Form 101-7-TDR ( 10 /1/2010)**      *! - transaction has not been cleared*

Exhibit 9

Page:      10

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-07724 | |
| **Case Name:** | SPRINGHILL PARTNERS | |
| **Taxpayer ID #:** | **-***0550 | |
| **For Period Ending:** | 06/14/2016 | |

| | | |
|---|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******8067 Checking Account- Ch. 7 |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/31/2013 | {6} | VERNETTA COX-DUPREE | Installment payment | 1221-000 | 540.00 | | 97,980.24 |
| 10/31/2013 | {6} | JSL PROPERTIES | Two installment payments from Vernetta Dupree | 1221-000 | 1,080.00 | | 99,060.24 |
| 10/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 216.20 | 98,844.04 |
| 11/21/2013 | 106 | NISEN & ELLIOTT, LLC | Retainer for special counsel, per o/c 10-16-13 | 3210-600 | | 7,500.00 | 91,344.04 |
| 11/29/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 131.89 | 91,212.15 |
| 12/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 144.31 | 91,067.84 |
| 01/29/2014 | {5} | UNITED STATES TREASURY | Refund of photocopy request fee | 1229-000 | 100.00 | | 91,167.84 |
| 01/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 135.35 | 91,032.49 |
| 02/04/2014 | 107 | INTERNATIONAL SURETIES, LTD. | Surety bond premium #016026455 | 2300-000 | | 71.18 | 90,961.31 |
| 02/04/2014 | 108 | UNITED STATES TREASURY | EIN 36-3770550 Form 4506 Request | 2200-000 | | 100.00 | 90,861.31 |
| 02/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 122.07 | 90,739.24 |

Exhibit 9

Page:        11

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-07724 | |
| **Case Name:** | SPRINGHILL PARTNERS | |
| **Taxpayer ID #:** | **-***0550 | |
| **For Period Ending:** | 06/14/2016 | |

| | | |
|---|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) | |
| **Bank Name:** | Rabobank, N.A. | |
| **Account #:** | ******8067 Checking Account- Ch. 7 | |
| **Blanket Bond (per case limit):** | $5,000,000.00 | |
| **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/25/2014 | {5} | COMED | Corrected final bill- refund of security deposit | 1229-000 | 989.50 | | 91,728.74 |
| 03/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 126.30 | 91,602.44 |
| 04/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 140.54 | 91,461.90 |
| 05/01/2014 | 109 | ILLINOIS DEPARTMENT OF REVENUE | IL-4506 REQUEST FOR COPIES OF TAX RETURNS- 36-3770550 | 2200-000 | | 15.00 | 91,446.90 |
| 05/22/2014 | 110 | RICHARD M. FOGEL | Partial payment of interim compensation per o/c 10-1-13 | 6101-000 | | 25,000.00 | 66,446.90 |
| 05/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 123.16 | 66,323.74 |
| 06/09/2014 | 111 | RICHARD M. FOGEL | Final payment of chapter 11 compensation per o/c 10-1-13 | 6101-000 | | 25,000.00 | 41,323.74 |
| 06/17/2014 | 112 | ILLINOIS DEPARTMENT OF REVENUE | 2013 IL-1065 for EIN 36-3770550 | 2820-000 | | 7,511.00 | 33,812.74 |
| 06/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.84 | 33,743.90 |
| 07/21/2014 | 113 | ILLINOIS DEPARTMENT OF REVENUE | EIN 36-3770550 LATE PAYMENT PENALTY | 2820-000 | | 777.65 | 32,966.25 |

*{} Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

Exhibit 9

## Form 2

## Cash Receipts And Disbursements Record

Page:        12

| Case No.: | 13-07724 | | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|---|
| Case Name: | SPRINGHILL PARTNERS | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0550 | | Account #: | ******8067 Checking Account- Ch. 7 |
| For Period Ending: | 06/14/2016 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.28 | 32,912.97 |
| 08/06/2014 | 114 | POPOWCER KATTEN, LTD. | Interim compensation per o/c 8-5-14 | 3410-000 | | 4,854.00 | 28,058.97 |
| 08/29/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.20 | 28,015.77 |
| 09/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.98 | 27,972.79 |
| 10/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.57 | 27,931.22 |
| 11/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.15 | 27,895.07 |
| 12/01/2014 | 115 | REAL ESTATE SETTLEMENTS & ESCROW, LLC | Title search for 533 Kenmore Drive, Petersburg, VA | 2990-000 | | 425.00 | 27,470.07 |
| 12/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.00 | 27,425.07 |
| 01/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.44 | 27,385.63 |
| 02/27/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.76 | 27,348.87 |
| 03/10/2015 | {6} | JM PARTNERS | Earnest money deposit for Dupree note and deed of trust | 1221-000 | 1,350.00 | | 28,698.87 |
| 03/31/2015 | 116 {6} | JM Partners LLC | Refund of earnest money deposit | 1221-000 | -1,350.00 | | 27,348.87 |

*{} Asset Reference(s)*      **UST Form 101-7-TDR ( 10 /1/2010)**                                    *! - transaction has not been cleared*

Exhibit 9

Page:     13

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-07724 | |
| **Case Name:** | SPRINGHILL PARTNERS | |
| **Taxpayer ID #:** | **-***0550 | |
| **For Period Ending:** | 06/14/2016 | |

| | | |
|---|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******8067 Checking Account- Ch. 7 |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.25 | 27,305.62 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.72 | 27,265.90 |
| 05/01/2015 | {6} | OXFORD 1, LLC | Purchase of Dupree note and deed of trust, per o/c 4-14-15 | 1221-000 | 14,250.00 | | 41,515.90 |
| 05/11/2015 | {9} | JPMORGAN CHASE f/b/o NICHOLAS DURIC | Settlement proceeds, per o/c 4-28-15 | 1221-000 | 25,000.00 | | 66,515.90 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.56 | 66,439.34 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.93 | 66,337.41 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 98.59 | 66,238.82 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 92.09 | 66,146.73 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 101.49 | 66,045.24 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 94.99 | 65,950.25 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 91.69 | 65,858.56 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 104.20 | 65,754.36 |

*{} Asset Reference(s)*      **UST Form 101-7-TDR ( 10 /1/2010)**      *! - transaction has not been cleared*

Exhibit 9

Page:    14

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-07724 | |
| **Case Name:** | SPRINGHILL PARTNERS | |
| **Taxpayer ID #:** | **-***0550 | |
| **For Period Ending:** | 06/14/2016 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******8067 Checking Account- Ch. 7 |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 91.18 | 65,663.18 |
| 02/05/2016 | {8} | SHAW FISHMAN CLIENT TRUST ACCOUNT | Settlement of adversary complaint per o/c 1-12-16 | 1221-000 | 700,000.00 | | 765,663.18 |
| 02/08/2016 | 118 | Nisen & Elliott, LLC | Special counsel expenses, per o/c 1-12-16 | 3220-610 | | 5,966.34 | 759,696.84 |
| 02/09/2016 | 117 | Nisen & Elliott, LLC | Special counsel fees, per o/c 1-12-16 | 3210-600 | | 245,000.00 | 514,696.84 |
| 02/17/2016 | 119 | ADAMS-LEVINE | Bond Premium #10BSBGR6291 Voided on 02/17/2016 | 2300-000 | | 11.20 | 514,685.64 |
| 02/17/2016 | 119 | ADAMS-LEVINE | Bond Premium #10BSBGR6291 Voided: check issued on 02/17/2016 | 2300-000 | | -11.20 | 514,696.84 |
| 02/17/2016 | 120 | ARTHUR B. LEVINE COMPANY | Bond Premium #10BSBGR6291 | 2300-000 | | 11.20 | 514,685.64 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 647.38 | 514,038.26 |
| 04/26/2016 | 121 | Richard M. Fogel | Dividend paid 100.00% on $37,750.00 \| Claim # FEE \| Filed: $37,750.00 | 2100-000 | | 37,750.00 | 476,288.26 |
| 04/26/2016 | 122 | Richard M. Fogel | Dividend paid 100.00% on $66.04 \| Claim # TE \| Filed: $66.04 | 2200-000 | | 66.04 | 476,222.22 |

*{} Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**                    *! - transaction has not been cleared*

Exhibit 9

Page:     15

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-07724 | |
| **Case Name:** | SPRINGHILL PARTNERS | |
| **Taxpayer ID #:** | **-***0550 | |
| **For Period Ending:** | 06/14/2016 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******8067 Checking Account- Ch. 7 |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/26/2016 | 123 | Popowcer Katten Ltd. | Dividend paid 100.00% on $3,046.50 \| Filed: $3,046.50 | 3410-000 | | 3,046.50 | 473,175.72 |
| 04/26/2016 | 124 | Shaw Fishman Glantz & Towbin LLC | Dividend paid 100.00% on $47,857.22 \| Filed: $49,955.50 | 3110-000 | | 47,857.22 | 425,318.50 |
| 04/26/2016 | 125 | Shaw Fishman Glantz & Towbin LLC | Dividend paid 100.00% on $1,034.84 \| Filed: $1,034.84 | 3120-000 | | 1,034.84 | 424,283.66 |
| 04/26/2016 | 126 | Office of the U.S. Trustee | Dividend paid 100.00% on $13,000.00 \| Claim # 3 \| Filed: $13,000.00 | 2990-000 | | 13,000.00 | 411,283.66 |
| 04/26/2016 | 127 | U.S. Bank National Association, as Trustee | Dividend paid 100.00% on $411,283.66 \| Claim # 1-2 \| Filed: $411,283.66 | 7100-000 | | 411,283.66 | 0.00 |
| | | **COLUMN TOTALS** | | | 1,099,133.19 | 1,099,133.19 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 1,099,133.19 | 1,099,133.19 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $1,099,133.19 | $1,099,133.19 | |

*{ } Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**                                   *! - transaction has not been cleared*

Exhibit 9

Page:  16

## Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 13-07724 | **Trustee Name:** | Richard M. Fogel (330720) |
| **Case Name:** | SPRINGHILL PARTNERS | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***0550 | **Account #:** | ******8067 Checking Account- Ch. 7 |
| **For Period Ending:** | 06/14/2016 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******8066 Checking Account | $7,380,851.01 | $7,380,851.01 | $0.00 |
| ******8067 Checking Account- Ch. 7 | $1,099,133.19 | $1,099,133.19 | $0.00 |
| | **$8,479,984.20** | **$8,479,984.20** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**